**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6831**

_____

BRETT C. KIMBERLIN,

Petitioner - Appellant,

versus

DENNIS R. BIDWELL, Warden of FCI-Cumberland,

Respondent - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-97-3829-AW)

_____

Submitted: November 19, 1998      Decided: December 2, 1998

_____

Before HAMILTON and WILLIAMS, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Brett C. Kimberlin, Appellant Pro Se. Lynne Ann Battaglia, United
States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Brett C. Kimberlin appeals the district court's order denying relief on his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Kimberlin v. Bidwell, No. CA-97-3829-AW (D. Md. May 26, 1998).[*] We deny Kimberlin's motion to strike the district court's amended memorandum, motion for bail pending appeal, motion for stay pending appeal, motions for appointment of counsel, and renewed motion for appointment of counsel. We grant his motion to supplement the record. Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment or order is marked as "filed" on May 22, 1998, the district court's records show that it was entered on the docket sheet on May 26, 1998. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment or order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).